COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

JESUS DELEON, §

        No. 08-09-00196-CR

     Appellant, §

        Appeal from the

v. §

        Criminal District Court No. 1

§

THE STATE OF TEXAS, §

        of Dallas County, Texas

§

     Appellee.

        (TC# F05-71783-H)

§

## MEMORANDUM  OPINION

Pending before the Court is a voluntary motion to dismiss filed by Appellant pursuant to TEX.R.APP.P. 42.2(a).  The motion is in compliance with Rule 42.2(a).  Accordingly, we grant the motion and dismiss the appeal.


September 23, 2009

        DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)